HEARST RADIO, INC., *v.* STATE

[No. 4, October Term, 1949.]

*Decided per curiam January 11, 1950.*

Submitted on briefs before MARBURY, C. J., DELA-PLAINE, COLLINS, GRASON, HENDERSON and MARKELL, JJ.

*Karl F. Steinmann, Edith De Busk, Matthew S. Rae, Jr.,* and *Bernard W. Rubenstein,* on the brief for the appellant.

*Hall Hammond, Attorney General, Harrison L. Winter, Assistant Attorney General, J. Bernard Wells, State's Attorney for Baltimore City, Anselm Sodaro* and *J. Harold Grady, Assistants State's Attorneys,* on the brief for the appellee.

PER CURIAM.

Under the authority of the *Baltimore Radio Show, Inc., etc., WFBR v. State of Maryland, the Baltimore Broadcasting Corp., etc., WCBM v. State of Maryland* and the *Maryland Broadcasting Co., etc., WITH, et al. v. State of Maryland,* 193 Md. 300, 67 A. 2d 497, and for the reasons given in the opinion filed therein, it is ORDERED BY THE COURT OF APPEALS that the order in the above entitled case be and the same is hereby reversed with costs.